IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA for the use of
McELROY METAL MILL, INC. d/b/a
McELROY METAL, INC. d/b/a McELROY
METAL,

                Plaintiff,

v.                                                                                          Case No. 05-4032-JAR

SAFECO INSURANCE COMPANY
OF AMERICA, KANSAS BUILDING SYSTEMS, INC.,
POTTS CONTRACTING GROUP, INC., and
R.A. POTTS,

                Defendants.

_____

**ORDER**

This matter comes before the court upon completion of the Final Pretrial Conference in this case (Doc. 56). During the Final Pretrial Conference, the court ordered the following prior to the court's entry of the Pretrial Order:

(1) Leave to amend is hereby granted to each party in accordance with the amendments the parties submitted to the court at the Final Pretrial Conference;

(2) As a result of the court granting the parties leave to amend, the parties shall confer and amend their Agreed Pretrial Order to reflect their additional claims, including but not limited to the elements of the additional claim(s), defenses thereto, as well as additional factual contentions, legal issues, etc. that are of relevance to the ultimate disposition of those claims;

(3)     No later than **March 10, 2006,** plaintiff shall re-submit to the court the parties' revised Agreed Pretrial Order, reflecting the above-mentioned changes;

(4)     The deadline for dispositive motions is hereby extended to and including **March 24, 2006.**

**IT IS SO ORDERED.**

Dated this 3rd day of March, 2006, at Topeka, Kansas.

<u>s/ K. Gary Sebelius</u>
K. Gary Sebelius
U.S. Magistrate Judge